UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GREATER CINCINNATI COALITION
FOR THE HOMELESS, *et al.*,

    Plaintiffs

v.                               C-1-08-603

CITY OF CINCINNATI, *et al.*,

    Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 15) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 15) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**. Plaintiff's Motion for Leave to File a Supplemental Complaint (doc. no. 14) is **GRANTED**; Plaintiff's Counsel is **DIRECTED** to file the Supplemental Complaint; and defendant's Motion to Dismiss (doc. no. 6) is **DENIED AS MOOT**. This matter is **RECOMMITTED** to the United States Magistrate Judge for further proceedings according to law.

    **IT IS SO ORDERED.**

                                                      s/Herman J. Weber
                                       Herman J. Weber, Senior Judge
                                       United States District Court